August 16, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

KATRINA COTERILL-JENKINS, EXECUTRIX OF THE ESTATE OF CHARLES K. JENKINS, M.D., Appellant

NO. 14-11-00697-CV                              V.

TEXAS MEDICAL ASSOCIATION HEALTH CARE LIABILITY CLAIM TRUST AND HOUSTON NORTHWEST RADIOLOGY ASSOCIATION, P.A., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Texas Medical Association Health Care Liability Claim Trust and Houston Northwest Radiology Association, signed July 18, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Katrina Coterill-Jenkins, Executrix of the Estate of Charles K. Jenkins, M.D., to pay all costs in this appeal. We further order the decision certified below for observance.